IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 99-40100

JOE R. STRINGER; DESIREE H. STRINGER,

Plaintiffs-Appellants,

versus

CENDANT MORTGAGE CORPORATION,
doing business as PHH
Mortgage Services Corporation,

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Texas

September 27, 2000

Before HIGGINBOTHAM and SMITH, Circuit Judges, and DUPLANTIER[*],
District Judge.

PER CURIAM:

On December 22, 1999, we certified the controlling question in

this case to the Texas Supreme Court.  199 F.3d 190 (5th Cir.

1999).  The question certified was:

> Under the Texas Constitution, may a home equity lender
> require the borrower to pay off third-party debt that is
> not secured by the homestead with the proceeds of the
> loan?

The Texas Supreme Court answered the question in the

affirmative in a unanimous opinion filed June 8, 2000, in turn

---

[*]District Judge of the Eastern District of Louisiana, sitting
by designation.

filed with this court on June 12, 2000. The Texas Supreme Court by order of August 24, 2000, denied a motion for rehearing. That order was filed in this court on August 28, 2000. The posed question having been answered by a final decision of the Texas Supreme Court, the judgment of the United States District Court dismissing the case is AFFIRMED.